Velma K. Lim, SBN 111006
KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
7540 Shoreline Drive
Stockton, CA  95219
Phone: (209) 478-2000
Facsimile: (209) 478-0354

Attorneys for Defendant, VERNON BAVA

# UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

VIC METTLER,

        Plaintiff,

vs.

VERNAN BABA,

        Defendants.
_____/

CASE NO. CV 2:11-1543 GEB-EFB

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED between the parties, plaintiff Vic Mettler and defendant Vernon Bava, that:

1) The parties are engaging in good faith settlement discussions which involve the use of public accommodation accessibility experts to evaluate the allegations in this action that violations of accessibility requirements under the Americans with Disabilities Act exist.

2) It is anticipated that a resolution of this legal action may be achieved upon the receipt of accessibility evaluation reports, which is anticipated to be achieved within 45 to 60 days.

3) Therefore, good cause supports the parties' request for a time extension for defendant Vernon Bava to respond to the Complaint and for a continuation of the Case Status Conference. The time extensions to allow the parties to complete accessibility evaluations and conclude settlement discussions will save the parties time and expense to file pleadings and attend a Case Status Conference and save the Court's time and effort to preside over a Case Status Conference, schedule court dates, issue a Pre-Trial Scheduling Order, then off-calendar all dates.

4) Defendant currently is to respond to the Complaint on or by September 6, 2011, pursuant to a prior stipulation between the parties. The parties agree and request the Court to grant a time extension of 60 days to and including November 6, 2011 for defendant Vernon Bava to respond to the Complaint.

5) The parties agree and request the Court to continue the Case Status Conference for 60 days and with the due date for Joint Status Conference Statements extended accordingly. The Case Status Conference is now set for October 3, 2011 at 9:00 a.m. and Joint Status Conference Statements are due fourteen days prior to the hearing.

Dated: _____

_____
Thomas N. Stewart III
Attorney for Plaintiff Vic Mettler

KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON

Dated: _____

_____
Velma K. Lim
Attorney for Defendant Vernon Bava

## ORDER

Having considered the foregoing, IT IS HEREBY ORDERED THAT:

1) Time extension is granted to and including November 6, 2011, for Defendant Vernon Bava to file a response to the Complaint.

2) The Case Status Conference is continued to December 12, 2011, at 9:00 a.m. a joint status report shall be filed fourteen days prior to the hearing.

DATED: September 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge